IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EMMA J. WHISBY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-360(MTT) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 17). The Magistrate Judge recommends remanding the Commissioner's decision because the ALJ made an impermissible medical determination. The Commissioner did not object to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the Order of this Court. Accordingly, the Commissioner's decision is **REMANDED**.

**SO ORDERED**, this 12th day of January, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT